Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
10/01/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____LR____ DEPUTY

Case Number    2:25-cr-00803-WLH          Defendant Number  1

U.S.A. v.  Anthoney Edward Rosales          Year of Birth  1977

[✓] Indictment          [ ] Information    Investigative agency (FBI, DEA, etc.)  FPS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   August 17, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange              [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino        [ ] Other _____

Citation of Offense    18 U.S.C. § 111(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No      [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 08/19/25

Case Number:    2:25-mj-05102-DUTY

Assigned Judge:    N/A

Charging: 18 U.S.C. § 111(a)

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:    DFPD Laura Paul

Phone Number:    213.894.3217

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number    _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*      [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*      [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes      [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male  ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption

☐ government fraud  ☐ tax offenses

☐ environmental issues  ☐ mail/wire fraud

☐ narcotics offenses  ☐ immigration offenses

☑ violent crimes/firearms  ☐ corporate fraud

☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  9 pm on 8/17/25

b. Posted bond at complaint level on:  8/28/25

   in the amount of $ 0

c. PSA supervision?  ☑ Yes  ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:  ☐ Yes  ☐ No

   IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

   IF YES :  ☐ State  ☐ Federal  AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  On August 28, 2025, Magistrate Judge Alka Sagar approved a stipulation by the parties that found the time period between September 16, 2025, and October 7, 2025, inclusive, to be excludable time.

Date  09/30/2025

*Nicholas Purcell*
Signature of Assistant U.S. Attorney
Nicholas Purcell
Print Name