AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
LAURA PAUL (Bar No. 329386)
Deputy Federal Public Defender
(E-Mail: Laura_Paul@)fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-7564
Facsimile:  (213) 894-0081

Attorneys for Defendant
ANTHONEY EDWARD ROSALES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00803-WLH |
| Plaintiff, | **DEFENDANT'S SENTENCING POSITION PAPER; EXHIBITS** |
| v. | |
| ANTHONEY EDWARD ROSALES, | |
| Defendant. | |

Anthoney Rosales, through counsel of record, Deputy Federal Public Defender Laura Paul, submits his position with respect to sentencing. This request is based on the contents of this memorandum, the attached exhibits, the files and records in this case, and the Presentence Report.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED:  July 6, 2026          By_ /s/ Laura Paul_____

LAURA PAUL
Deputy Federal Public Defender
Attorney for ANTHONEY EDWARD ROSALES

## MEMORANDUM OF POINTS AND AUTHORITIES

Anthoney Rosales is convicted of violating 18 U.S.C. § 111. During a protest of the government's immigration enforcement actions and policies on August 17, 2025, Rosales let his anger about the circumstances get the better of him, and he spat on an officer's leg. He has apologized to the officer he spat on in a handwritten letter, which was provided to the government and also provided to the Court. (Ex. A.) This letter clearly expresses his remorse and embarrassment about what happened in front of MDC that night, and shows that he understands his addiction is at the root of the troubles he is currently facing.

Mr. Rosales is strongly motivated to improve his circumstances. Following his arrest, he served 11 days of custody time, but his mental health and addiction followed him, and he was arrested again by county authorities in November of 2025. (PSR, ¶ 49.) He was taken into custody and could have bonded out, according to the Los Angeles county bail schedule, but for the federal detainer that was lodged because that arrest had violated the terms of his pretrial release.[1] The Court may recall the parties' numerous attempts to dislodge the detainer following Rosales' execution of the plea agreement on December 22, 2025. (*See* docket entries 34, 37, 45, 48, and 52). It seemed that no effort by the government, the defense, or even the Court could get him released so that he could even come to federal court to enter his plea. He was finally released from state custody—with the only thing holding there the federal detainer for this case—on February 26, 2026. During the time that he was being held because of this administrative issue, he could have been out of custody, doing exactly what he is doing now: tending to his mental health and recovery.

Mr. Rosales has battled PTSD, depression, and addiction for some years. Mr. Rosales was under the influence of drugs at the time of the offense, and he is certain that, had he not been using, he would not be appearing in front of this Court.

---

[1] The Court was notified of this violation, but no further action was requested.

Mr. Rosales is currently participating in multiple programs to move his life back in the right direction. He received a psychiatric evaluation in May, 2026 and was diagnosed with Major Depressive Disorder and was prescribed medication. (Ex. B.) He also suffers from PTSD. (PSR, ¶ 71.) He has turned to drugs to cope with these burdens in the past. Now, he is enrolled in one-on-one counseling at the Healing Clinical Counseling Center in Los Angeles to support his addiction recovery. He has also entered a program to become a Certified Peer Support Specialist so that he can support other addicts in recovery (Ex. E), and intends to complete his coursework later this month and taking the state exam to become certified this summer. He has been working as a volunteer at The Midnight Mission, and to date has completed over 100 hours of community service. (Exs. C, D.) He attends AA meetings regularly. (PSR, ¶ 76.)

The PSR notes that he has a small retirement account with about $10,000; and recommends that this court impose a fine, which is equivalent to 10% of his assets. (PSR, ¶ 93.) But this is disproportionate to the crime committed, not only because this is a misdemeanor case, but because any fine paid from the IRA would also incur additional expenses to Rosales: penalties for early withdrawal and possible tax consequences. Mr. Rosales is not employed at this time, and, as the PSR notes, has a negative cash flow in his daily life of about $2500 per month. (PSR, 88.) A fine is not appropriate in this case, and the government has not requested this either.

Mr. Rosales respectfully moves this Court to impose the sentence which is reasonable, but not greater than necessary, pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED:  July 6, 2026          By  /s/ Laura Paul

LAURA PAUL
Deputy Federal Public Defender
Attorney for ANTHONEY EDWARD ROSALES

**PROOF OF SERVICE**

I, **Amadeus Duran**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT'S SENTENCING POSITION PAPER; EXHIBITS** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

[X] Sent via email to the address as follows:

**Witley Simpson**
**United States Probation Officer**
**Email:Witley_Simpson@cacp.uscourts.gov**

This proof of service is executed at Los Angeles, California, on **July 6, 2026**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Amadeus Duran              .*
**AMADEUS DURAN**